IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01508-WYD-KMT

BLANE BEADNELL,

    Plaintiff,

v.

ARAMARK UNIFORM SERVICES,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Joint Motion of the Parties Requesting Early Neutral Evaluation by Magistrate Judge Mix (ECF No. 9), filed October 13, 2015.  After carefully reviewing the file and pending request, I find that pursuant to 28 U.S.C. § 652 and D.C.COLO.LCivR 16.6, the motion is granted.  This matter is referred to United States Magistrate Judge Kristen L. Mix for the limited purpose of conducting an early neutral evaluation.  Accordingly, it is

ORDERED that the Joint Motion of the Parties Requesting Early Neutral Evaluation by Magistrate Judge Mix (ECF No. 9) is **GRANTED**, and this matter is referred to United States Magistrate Judge Kristen L. Mix for the limited purpose of conducting an early neutral evaluation.  The parties shall contact Magistrate Judge Mix's chambers as soon as practicable to schedule the early neutral evaluation.

Dated: October 15, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE