## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01508-WYD-KMT

BLANE BEADNALL,

    Plaintiff,

v.

ARAMARK UNIFORM SERVICES,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (ECF No. 24). After a careful review of the motion, I find that it should be granted pursuant to Fed. R. Civ. P. 41(a). Accordingly, all claims asserted in this case are hereby dismissed, and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear her or its own attorney fees and costs.

Dated: February 16, 2016

                      BY THE COURT:

                      <u>s/ Wiley Y. Daniel</u>
                      Wiley Y. Daniel
                      Senior United States District Judge